ACCEPTED
14-15-00240-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
6/30/2015 9:35:39 AM
CHRISTOPHER PRINE
CLERK

CAUSE NO 14-15-00240-CV

IN THE COURT OF APPEALS
FOR THE FOURTEENTH SUPREME JUDICIAL DISTRICT
AT HOUSTON

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
6/30/2015 9:35:39 AM
CHRISTOPHER A. PRINE
Clerk

BRANT OILFIELD MANAGEMENT & SALES, INC., Appellant
Vs.
MOUNTWEST, INC., Appellee

On Appeal from the 127th District Court
Harris County, Texas
Trial Court Cause No. 321010127

MOTION FOR EXTENSION OF TIME TO FILE
OR REQUEST FOR LATE FILING OF
APPELLANT'S BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT:

COMES NOW, Dick Swift, Counsel for Appellant, Brant Oilfield Management & Sales, Inc., Appellant in the above-entitled and numbered cause, and moves this Honorable Court to extend the time for filing Appellant's Brief, and in support of this motion would show the Court as follows:

I.

The trial court certified Appellant's right to appeal and notice of appeal was timely filed. Appellant's brief was presently due on June 29, 2014.

## II.

A request for late filing of the reporter's record was filed on June 29, 2014 by Suzanne G. Saulsberry, Official Court Reporter, 127th Harris County Judicial District.

Appellant does not have a reporter's record and thus cannot make meaningful citations to the record.

Therefore, counsel requests that an extension of time be granted until July 15, 2015.

## III.

In the alternative, counsel requests that this Court grant permission for the late filing of this brief.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Court grant an extension of time to file Appellant's brief until July 15, 2015, or in the alternative grant the late filing of Appellant's brief and for such other and further relief to which he may show himself to be justly entitled.

Respectfully submitted,

LAW OFFICE OF DICK SWIFT
P. O. Drawer 2008
Palestine, Texas 75802
(903) 729-2565 - Telephone
(903) 729-3061 – Facsimile
d.swift@dickswift.net

**By:   /s/ Dick Swift**
         Dick Swift

         TBC # 19585600

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of Motion For Extension Of Time To File Or Request For Late Filing Of Appellant's Brief, has been forwarded to the Scott Raines by facsimile, electronic case filing, or certified mail, return receipt requested, on June 29, 2015.

*/s/ Dick Swift*

Dick Swift

***Via ECF***
Mr. Scott Raynes
1800 Bering, Ste 305
Houston, TX  77057
sraynes@wernerayers.com